UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:07-CR-00550 |
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| TATIANA DAVENPORT, | |
| Defendant. | |

TO: THE UNITED STATES MARSHAL SERVICE.

This is to authorize and direct you to release, TATIANA DAVENPORT, Case No. 2:07-cr-00550, from custody, only upon notification from the probation officer and after the verification of the residential telephone requirements, for the following reasons:

    \_\_\_    Release on Personal Recognizance

    \_\_\_    Bail Posted in the Sum of $\_\_\_

    \_\_\_    Unsecured Appearance Bond

    \_\_\_    Appearance Bond with 10% Deposit

    \_\_\_    Appearance Bond with Surety

    \_\_\_    Corporate Surety Bail Bond

    _X_    (Other):

The defendant is released on her own personal recognizance under electronic monitoring. At the discretion of the probation officer, the defendant shall wear an electronic monitoring device and follow electronic monitoring procedures as specified by the probation officer. The defendant shall pay the cost of electronic monitoring as determined by the probation officer. The defendant will maintain telephone service at place of residence without an answering device, call forwarding, a modem, caller ID, call waiting, or a cordless telephone for the above period.

Dated: October 13, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE